Matthew P. Minser, Esq. (SBN 296344)
Luz E. Mendoza, Esq. (SBN 303387)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: lmendoza@sjlawcorp.com

Attorneys for Plaintiffs Operating Engineers' Health
And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPURRO AG SOLUTIONS, LLC, a Suspended California Limited Liability, et al.,<br><br>Defendants. | Case No. 4:22-cv-03004 KAW<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER AS MODIFIED**<br>Date:  August 23, 2022<br>Time:  1:30 p.m.<br>Location:  Zoom<br>Judge:  Hon. Kandis A. Westmore |

Plaintiffs hereby respectfully request that the Initial Case Management Conference, currently on Calendar for August 23, 2022, be continued for approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance, as follows:

1. As the Court's records will reflect, Plaintiffs filed a Complaint in this matter on May 22, 2022 against Defendant Capurro AG Solutions, LLC, a Suspended California Limited Liability Company and Defendant Weston K. Capurro for failure to comply with an audit of their payroll records, as well as report and pay contributions, liquidated damages, and interest for the months of April 2020 through April 2022. (Dkt. No. 1.)

2. On or about June 15, 2022, Plaintiffs provided a process server with the Summons, Complaint, and related documents with instructions to serve the documents upon Defendants. Defendant

1

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;  ORDER THEREON**
**Case No. 4:22-cv-03004 KAW**   P:\CLIENTS\OE3CL\Capurro AG Solutions, LLC\Pleadings\Word Versions + Fillable .PDFs\Request to Continue CMC.docx

1  Weston K. Capurro is Capurro AG Solutions, LLC's CEO and designated Agent for Service of Process
2  according to the California Secretary of State ("SOS"). The process server has made numerous attempts
3  to serve the named Defendants at two (2) separate addresses, including the SOS's Agent for Service of
4  Process listed address to no avail.

5      3.    Plaintiffs have diligently attempted to effectuate service of process on Defendants on an
6  ongoing basis since June 15, 2022. Additional attempts to locate and personally serve Defendants
7  continue to be in progress. Should Plaintiffs not be able to serve Defendants, Plaintiffs will attempt to
8  serve the Complaint pursuant to California Code of Civil Procedure Section 415.30(a) and/or 416.10(b).

9      4.    There are no issues that need to be addressed by the parties at the currently scheduled
10 Case Management Conference. In the interest of conserving costs, as well as the Court's time and
11 resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case
12 Management Conference to allow additional time for Plaintiffs to serve Defendants.

13     Respectfully submitted.

14 DATED: August 1, 2022        SALTZMAN & JOHNSON LAW CORPORATION

By:    /S/
Luz E. Mendoza
Attorneys for Plaintiffs, Operating Engineers' Health
And Welfare Trust Fund For Northern California, et al.

**IT IS SO ORDERED.**

The currently set Case Management Conference is hereby continued to October 25, 2022 at 1:30 p.m., and all previously set deadlines and dates related to this case are continued accordingly. Case Management Statement due October 18, 2022.

DATED: August 5, 2022

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE