UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CAPURRO AG SOLUTIONS, LLC, et al.,<br><br>Defendants. | Case No. 22-cv-03004-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO GRANT MOTION FOR DEFAULT JUDGMENT IN PART**<br><br>Re: Dkt. Nos. 36, 29 |

The Court has reviewed Magistrate Judge Westmore's Report and Recommendation to Grant Motion for Default Judgment In Part. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion for Default Judgment is GRANTED IN PART AND DENIED IN PART. The Clerk shall enter judgment in accordance with the Report and Recommendation and close the file.

**IT IS SO ORDERED.**

Dated: January 11, 2024

HAYWOOD S. GILLIAM, JR.
United States District Judge